STEVEN G. KALAR
Federal Public Defender
John Paul Reichmuth
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for DWAYNE MANUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-00602-JSW |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE; |
| vs. | [PROPOSED] ORDER |
| DWAYNE MANUEL, | |
| Defendant. | |

The parties hereby STIPULATE that the release conditions in this case be modified as follows: Mr. Manuel shall be released forthwith from the Halfway House; Mr. Manuel's bond shall be exonerated; and he shall be released on his Own Recognizance. He is ordered to obey all laws and appear in court as directed. His next court appearance is currently scheduled for August 5, 2014 at 1:00 p.m. before Hon. Jeffrey S. White at the Oakland Federal Courthouse. He shall attend that appearance unless notified by the court or counsel that the date has been changed. The parties are currently requesting by separate stipulation that that appearance be continued to September 2, 2014 at 1:00 p.m.

The reason for this request is that the government's position with regard to detention has changed, in light of its pending assessment of the Suppression Order issued by Judge White in

Manuel Stip. To O.R. Release                 1

this case, and the likelihood that that Order will be appealed by the government or result in dismissal of the charges in this case.

Date   08/01/14                              /s/
                                             John Paul Reichmuth
                                             Assistant Federal Public Defender
                                             Counsel for defendant Manuel

Date   08/01/14                              /s/
                                             Manish Kumar
                                             Special Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.           /S/ John Paul Reichmuth
                                             Counsel for Defendant Manuel

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the release conditions in this case be modified as follows: Mr. Manuel shall be released forthwith from the Halfway House; Mr. Manuel's bond shall be exonerated, and he shall be released on his Own Recognizance. He is ordered to obey all laws and appear in court as directed. His next court appearance is currently scheduled for August 5, 2014 at 1:00 p.m. before Hon. Jeffrey S. White at the Oakland Federal Courthouse. He shall attend that appearance unless notified by the court or counsel that the date has been changed.

August   5  , 2014                           Kandis Westmore
                                             HON. KANDIS. A. WESTMORE
                                             United States Magistrate Judge